UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JAMES OCAMPO,

    Petitioner,

v.

CASE NO. 2:19-CV-12819
HONORABLE NANCY G. EDMUNDS

JONATHAN HEMINGWAY,

    Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Nancy G. Edmunds, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

                                              s/ Nancy G. Edmunds
                                              NANCY G. EDMUNDS
                                              UNITED STATES DISTRICT JUDGE

Dated: September 28, 2022