UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JAMES OCAMPO,

               Petitioner,

                                        CASE NO. 2:19-CV-12819
v.                                  HONORABLE NANCY G. EDMUNDS

JONATHAN HEMINGWAY,

               Respondent.
_____/

## ORDER REOPENING THE CASE UPON REMAND AND DISMISSING WITH PREJUDICE THE HABEAS PETITION

Federal prisoner Robert James Ocampo ("Petitioner") filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his federal criminal convictions and sentences, ECF No. 1, as well as several amendments to that petition. ECF Nos. 6, 8, 9, 13.   The Court concluded that he was not entitled to relief under § 2241 and denied the petition (as amended).   ECF Nos. 25, 26.   Petitioner appealed to the United States Court of Appeals for the Sixth Circuit, which held the case in abeyance pending the United States Supreme Court's decision in *Jones v. Hendrix*, 599 U.S. 465 (2023).   Following the decision in *Jones*, the Sixth Circuit vacated this Court's judgment and remanded the case with instructions to dismiss the habeas petition for lack of subject-matter jurisdiction.   *Ocampo v. Hemingway*, No. 22-1994 (6th Cir. Nov. 13, 2023).   ECF Nos. 35, 36.   Accordingly, the Court **REOPENS** this case for further consideration on remand.

Having reviewed the matter, and for the reasons stated by the Sixth Circuit relative to *Jones* and its preclusive effect on Petitioner's habeas claims in this case, *id.*, the Court

**DISMISSES WITH PREJUDICE** the habeas petition for lack of subject-matter jurisdiction.

This case is again closed.   No further pleadings should be filed in this matter.

      **IT IS SO ORDERED**.


                                      s/ Nancy G. Edmunds
                                      NANCY G. EDMUNDS
                                      UNITED STATES DISTRICT JUDGE

Dated:   January 8, 2024